# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **BILL P. MARQUARDT,** | **JUDGMENT IN A CIVIL CASE** |
| **Petitioner,** | |
| **v.** | **08-cv-386-bbc** |
| **GREG VAN RYBROEK, Director,** | |
| **Mendota Mental Health Institution,** | |
| **Respondent.** | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

that Bill Marquardt's second petition for a writ of habeas corpus is DISMISSED WITHOUT PREJUDICE

for his failure to obtain the authorization required by 28 U.S.C. § 2244(b)(3)(A) for filing such a petition.

JOEL W. TURNER
_____
Joel W. Turner, Clerk

Connie A. Korth                                    7/10/08
_____          _____
by Deputy Clerk                                    Date

Dockets.Justia.com